

Fill in this information to identify your case:

Debtor 1 **DEANNA LYN DAVIS**
First Name          Middle Name          Last Name

Debtor 2 **N/A**
(Spouse, if filing) First Name    Middle Name          Last Name

United States Bankruptcy Court for the: District of Arizona ▼

Case number
(If known)

FILED USBC CLRK PHX
2019 JUL 29 PM1:04

☐ Check if this is an
amended filing

## Official Form 106Sum

**19 - 09371**

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
| --- | --- |

|  | **Your assets** Value of what you own |
| --- | --- |
| 1. *Schedule A/B: Property* (Official Form 106A/B) 1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................... | $ 211,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ............................................................ | $ 5,045.32 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ...................................................... | $ 216,045.32 |

| Part 2: | Summarize Your Liabilities |
| --- | --- |

|  | **Your liabilities** Amount you owe |
| --- | --- |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 202,477.31 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................. | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................................... | + $ 92,208.00 |
| **Your total liabilities** | $ 294,685.31 |

| Part 3: | Summarize Your Income and Expenses |
| --- | --- |

|  |  |
| --- | --- |
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* ............................................................ | $ 3,875.96 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* ...................................................... | $ 3,569.39 |

Case 2:19-bk-09371-PS     Doc 10     Filed 07/29/19     Entered 07/30/19 11:20:04     Desc
Main Document     Page 1 of 48

## Part 4:  Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$ 3,875.96

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 47,354.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 47,354.00 |

| | | | |
|---|---|---|---|
| Debtor 1 | **Deanna Lyn Davis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **N/A** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona ☑

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

7599 W Nicolet Ave
Street address, if available, or other description

_____

Glendale    AZ    85303
City      State    ZIP Code

Maricopa
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 211,000.00

**Current value of the portion you own?**
$ 211,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
unknown

☐ Check if this is community property
(see instructions)

If you own or have more than one, list here:

**1.2.**

N/A
Street address, if available, or other description

_____

_____
City      State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$_____

**Current value of the portion you own?**
$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ Check if this is community property
(see instructions)

---

**1.3.**   N/A
Street address, if available, or other description

_____

_____

City       State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ........................................................➔ | $ | **211,000.00**

---

**Part 2:**   **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.**   Make:       CHEVROLE
      Model:      BLAZER
      Year:       2003
      Approximate mileage:   167,000
      Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$   1,400.00    $   1,400.00

If you own or have more than one, describe here:

**3.2.**   Make:       N/A
      Model: _____
      Year: _____
      Approximate mileage: _____
      Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**3.3.** Make: **N/A**

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**3.4.** Make: **N/A**

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   - ☐ No
   - ☑ Yes

**4.1.** Make: **COVEN**

Model: **4'x4'x8' Trailer**

Year: **2006**

Other information:

_____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$    300.00    $    300.00

If you own or have more than one, list here:

**4.2.** Make: **N/A**

Model: _____

Year: _____

Other information:

_____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..............................................................➔    $    1,700.00

## Part 3: Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples*: Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe......... SEE ATTACHMENT      $ 1,784.00

**7. Electronics**

*Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.......... SEE ATTACHMENT      $ 122.00

**8. Collectibles of value**

*Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe..........      $ 0.00

**9. Equipment for sports and hobbies**

*Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe.......... SEE ATTACHMENT      $ 177.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe.......... SEE ATTACHMENT      $ 400.00

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.......... SEE ATTACHMENT      $ 515.85

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.......... SEE ATTACHMENT      $ 18.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☐ Yes. Describe.......... DOG (5 y o) cat (15 y o)      $ 0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific information. ............. PRESCRIPTION GLASSES      $ 50.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................ →      $ 3,066.85

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

*Current value of the portion you own?*
*Do not deduct secured claims or exemptions.*

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes ...................................................................................................................................................................   Cash: ........................   $_____1.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes .....................                        Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | Credit Union West | $ 21.00 |
    | 17.2. Checking account: | Highmark Federal Credit Union | $ 1.79 |
    | 17.3. Savings account: | Highmark Federal CU Savings | $ 12.68 |
    | 17.4. Savings account: | | $ |
    | 17.5. Certificates of deposit: | | $ |
    | 17.6. Other financial account: | | $ |
    | 17.7. Other financial account: | | $ |
    | 17.8. Other financial account: | | $ |
    | 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes ................                        Institution or issuer name:

    $_____
    $_____
    $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No                        Name of entity:                        % of ownership:
    ☐ Yes. Give specific
       information about          _____   0% ___%   $_____
       them.........................   _____   0% ___%   $_____
                                     _____   0% ___%   $_____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific    Issuer name:
information about
them......................    _____    $_____

                            _____    $_____

                            _____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each
account separately.    Type of account:       Institution name:

                       401(k) or similar plan:  Fidelity _____    $        200.00

                       Pension plan:           _____    $_____

                       IRA:                    _____    $_____

                       Retirement account:     _____    $_____

                       Keogh:                  _____    $_____

                       Additional account:     _____    $_____

                       Additional account:     _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes .........................                 Institution name or individual:

                       Electric:              N/A _____    $         0.00

                       Gas:                   N/A _____    $         0.00

                       Heating oil:           N/A _____    $         0.00

                       Security deposit on rental unit:  N/A _____    $         0.00

                       Prepaid rent:          N/A _____    $         0.00

                       Telephone:             N/A _____    $         0.00

                       Water:                 N/A _____    $         0.00

                       Rented furniture:      N/A _____    $         0.00

                       Other:                 N/A _____    $         0.00

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes .........................    Issuer name and description:
                       N/A _____    $         0.00

                            _____    $_____

                            _____    $_____

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
                          Main Document    Page 8 of 48

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | | |
|---|---|---|
| | | $ _____ 0.00 |
| 0.00 | | $ _____ 0.00 |
| | | $ _____ 0.00 |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them.... |                                                    $ _____ 0.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them....                                         $ _____ 0.00

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them....                                         $ _____ 0.00

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ......................

| | | |
|---|---|---|
| Federal: | $ _____ 0.00 |
| State: | $ _____ 0.00 |
| Local: | $ _____ 0.00 |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information.............

| | |
|---|---|
| Alimony: | $ _____ 0.00 |
| Maintenance: | $ _____ 0.00 |
| Support: | $ _____ 0.00 |
| Divorce settlement: | $ _____ 0.00 |
| Property settlement: | $ _____ 0.00 |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information...............

                                                $ _____ 0

Case 2:19-bk-09371-PS   Doc 10   Filed 07/29/19   Entered 07/30/19 11:20:04   Desc
Main Document     Page 9 of 48

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company
　　of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| HEALTH EQUITY | | $ 42.00 |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information.............　　　　　　　　　　　　　　　$　　　　　0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim. ...................　　　　　　　　　　　　　　　$　　　　　0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim. ...................　　　　　　　　　　　　　　　$　　　　　0.00

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information............　　　　　　　　　　　　　　　$　　　　　0.00

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...........................................................................................................➔ 　$ 278.47

---

**Part 5:　　Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☐ No
☐ Yes. Describe.......　　　　　　　　　　　　　　　$　　　　　0.00

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes. Describe.......　　　　　　　　　　　　　　　$　　　　　0.00

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe.......
$ _____ 0.00

**41. Inventory**

☑ No
☐ Yes. Describe.......
$ _____ 0.00

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.......    Name of entity:                          % of ownership:
_____    _____%    $ _____ 0.00
_____    _____%    $ _____
_____    _____%    $ _____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes. Describe.......
   $ _____ 0.00

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
   information .........    _____    $ _____ 0.00
                           _____    $ _____
                           _____    $ _____
                           _____    $ _____
                           _____    $ _____
                           _____    $ _____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ....................................................................................................................➔    $ _____ 0.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |
|---|---|

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No
☐ Yes.........................
$ _____ 0.00

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information. ........... 

$_____ 0.00

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes ........................... 

$_____ 0.00

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes ........................... 

$_____ 0.00

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information. ........... 

$_____ 0.00

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................................................... ➜

$_____ 0.00

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ............ 

$_____ 0.00
$_____
$_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ................................................. ➜

$_____ 0.00

---

**Part 8:    List the Totals of Each Part of this Form**

| | |
|---|---|
| **55. Part 1: Total real estate, line 2** ................................................................................................................... ➜ | $ 211,000.00 |
| **56. Part 2: Total vehicles, line 5** | $ 1,700.00 |
| **57. Part 3: Total personal and household items, line 15** | $ 3,066.85 |
| **58. Part 4: Total financial assets, line 36** | $ 278.47 |
| **59. Part 5: Total business-related property, line 45** | $ 0.00 |
| **60. Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 |
| **61. Part 7: Total other property not listed, line 54** | + $ 0.00 |
| **62. Total personal property.** Add lines 56 through 61. .................... | $ 5,045.32  Copy personal property total ➜ + $ 5,045.32 |

**63. Total of all property on Schedule A/B. Add line 55 + line 62**.................................................................... 

$ 216,045.32

Fill in this information to identify your case:

| Debtor 1 | DEANNA LYN DAVIS | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona ▼

Case number
(if known) _____

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:** **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: SINGLE FAM HOME<br>Line from *Schedule A/B*: 1.1 | $211,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1101<br><br>_____ |
| Brief description: CHEV BLAZER<br>Line from *Schedule A/B*: 3.1 | $1,400.00 | ☑ $ 1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1125(8)<br><br>_____ |
| Brief description: COVEN TRAILOR<br>Line from *Schedule A/B*: 4.1 | $300.00 | ☑ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1125(8)<br><br>_____ |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No

   ☐ Yes

**Part 2:**   **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: HOUSEHOLD GOOD<br>Line from Schedule A/B: 6 | $ 1,784.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1129 |
| Brief description: ELECTRONICS<br>Line from Schedule A/B: 7 | $ 122.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1123 |
| Brief description: EQUIP SPORTS<br>Line from Schedule A/B: 9 | $ 177.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1125(7) |
| Brief description: FIREARM<br>Line from Schedule A/B: 10 | $ 400.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1125(7) |
| Brief description: CLOTHES<br>Line from Schedule A/B: 11 | $ 515.85 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1125(1) |
| Brief description: JEWLERY<br>Line from Schedule A/B: 12 | $ 18.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1125(6) |
| Brief description: PRESCR GLASSES<br>Line from Schedule A/B: 14 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1125(1) |
| Brief description: CASH<br>Line from Schedule A/B: 16 | $ 1.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1126(9) |
| Brief description: DEPO OF MONEY<br>Line from Schedule A/B: 17 | $ 35.47 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1126(9) |
| Brief description: 401K<br>Line from Schedule A/B: 21 | $ 200.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1126(9) |
| Brief description: HSA<br>Line from Schedule A/B: 31 | $ 42.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | A.R.S. §33-1126(9) |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document     Page 14 of 48

**PART 3: PERSONAL AND HOUSEHOLD ITEMS ATTACHMENT**

| Line Num | Item | Category | MY VALUE |
|---|---|---|---|
| 6 | 2 artificial plants | Household Goods | $ 5.00 |
| 6 | 2 book shelves | Household Goods | $ 40.00 |
| 6 | 2 chest of drawers | Household Goods | $ 40.00 |
| 6 | 2 file cabinets | Household Goods | $ 10.00 |
| 6 | 2 laundry baskets | Household Goods | $ 2.00 |
| 6 | 4 lamps | Household Goods | $ 4.00 |
| 6 | bathroom bench | Household Goods | $ 5.00 |
| 6 | books | Household Goods | $ 25.00 |
| 6 | broom | Household Goods | $ 1.00 |
| 6 | Chess game | Household Goods | $ 2.00 |
| 6 | couch & love seat | Household Goods | $ 40.00 |
| 6 | end table | Household Goods | $ 2.00 |
| 6 | kitchen table & chairs | Household Goods | $ 40.00 |
| 6 | kitchenware | Household Goods | $ 100.00 |
| 6 | linens | Household Goods | $ 25.00 |
| 6 | mirror | Household Goods | $ 10.00 |
| 6 | mop | Household Goods | $ 1.00 |
| 6 | rake | Household Goods | $ 1.00 |
| 6 | refrigerator | Household Goods | $ 200.00 |
| 6 | rocking chair & ottoman | Household Goods | $ 25.00 |
| 6 | sea shells | Household Goods | $ 1.00 |
| 6 | shovel | Household Goods | $ 1.00 |
| 6 | sleeping bag | Household Goods | $ 5.00 |
| 6 | vacuum | Household Goods | $ 50.00 |
| 6 | washer & dryer | Household Goods | $ 400.00 |
| | TOTAL | TOTAL | $ 2,735.00 |
| 7 | printer | Electronics | $ 20.00 |
| 7 | radio | Electronics | $ 2.00 |
| 7 | tv | Electronics | $ 100.00 |
| | | TOTAL | $ 122.00 |
| 9 | guitar | Equipment for sports & | $ 2.00 |
| 9 | piano | Equipment for sports & | $ 150.00 |
| 9 | sewing machine | Equipment for sports & | $ 25.00 |
| | | TOTAL | $ 177.00 |
| 10 | H&K P30 | Firearms | $ 400.00 |

1

Debtor: Deanna Lyn Davis
Schedule A/B Attachment Part 3:

| Line Num | Item | Category | | MY VALUE |
|---|---|---|---|---|
| | | | **TOTAL** | $ 400.00 |
| 11 | 7 dresses | Clothes | $ | 7.00 |
| 11 | 1 blazer | Clothes | $ | 1.00 |
| 11 | 1 hoodie | Clothes | $ | 0.50 |
| 11 | 1 swimming suit | Clothes | $ | 1.00 |
| 11 | 12 sweaters | Clothes | $ | 3.00 |
| 11 | 13 blouses | Clothes | $ | 4.00 |
| 11 | 15 t shirts | Clothes | $ | 3.00 |
| 11 | 2 pair leggins | Clothes | $ | 0.50 |
| 11 | 2 pair work shoes | Clothes | $ | 2.00 |
| 11 | 24 pairs of jeans | Clothes | $ | 10.00 |
| 11 | 3 body suits | Clothes | $ | 1.50 |
| 11 | 3 pair tennis shoes | Clothes | $ | 3.00 |
| 11 | 4 hats | Clothes | $ | 2.00 |
| 11 | 5 purses/toes/book bags | Clothes | $ | 2.50 |
| 11 | 5 tank tops | Clothes | $ | 2.00 |
| 11 | 7 belts | Clothes | $ | 2.00 |
| 11 | 7 pairs of boots | Clothes | $ | 35.00 |
| 11 | 7 pairs of dress pants | Clothes | $ | 10.00 |
| 11 | Alberto Makali Black Cocktail Dress With Leather Shoulder Straps Size[M] | Clothes | $ | 4.99 |
| 11 | Ali & Jay Body-Con White Dress | Clothes | $ | 8.99 |
| 11 | Antelope 772 Leather Ankle Boots Size [36] | Clothes | $ | 9.99 |
| 11 | Antony Morato Shorts Nero Men Trousers,Pantaloons, Size W34 | Clothes | $ | 5.99 |
| 11 | apron | Clothes | $ | 1.50 |
| 11 | Astr Red Mini Skirt [size SM] | Clothes | $ | 2.99 |
| 11 | B.C.B.Generation Ankle Boots | Clothes | $ | 6.99 |
| 11 | BCA by Rebecca Virtue CUT OUT ONE Piece Black Swimsuit [Size M] | Clothes | $ | 4.99 |
| 11 | BCA by Rebecca Virtue CUT OUT ONE Piece Black Swimsuit [Size S] | Clothes | $ | 4.99 |
| 11 | BELLA -VISTA 'Zia' Double Monk Strap Pump | Clothes | $ | 9.99 |
| 11 | Billabong Sol Searcher Cutout Halter One Piece Swimsuit [Size L] | Clothes | $ | 4.99 |
| 11 | Blondo Tami Waterproof Boot Black Size 9 1/2 | Clothes | $ | 6.99 |
| 11 | Cecelia New York 'Emmie' Suede Lucite Heeled Boot Size [8] | Clothes | $ | 9.99 |
| 11 | Chooka Women's Red Eastlake Duck Boot - Waterproof Soles SIZE 5 | Clothes | $ | 4.99 |

2

Debtor: Deanna Lyn Davis
Schedule A/B Attachment Part 3:

| Line Num | Item | Category | MY VALUE | |
|---|---|---|---|---|
| 11 | Chooka Women's Red Eastlake Duck Boot - Waterproof Soles SIZE 6 | Clothes | $ | 4.99 |
| 11 | Clark,s Araya Hale Gray Suede Lace up Shoes Size US-9 | Clothes | $ | 6.99 |
| 11 | Cordani Faith Brown Boots 7M New $363 | Clothes | $ | 6.99 |
| 11 | Cotton Emporium Ripped White Sweater | Clothes | $ | 6.99 |
| 11 | Derek Lam 10 Crosby Inga Lace-Up Calf Hair Sandals Size [8] | Clothes | $ | 12.99 |
| 11 | Elizabeth and James Sleeveless Fit & Flare Minidress Size [6] | Clothes | $ | 8.99 |
| 11 | En4orce skull shirt | Clothes | $ | 1.00 |
| 11 | espi Glam One Piece Swimsuit - Black - S/P | Clothes | $ | 4.99 |
| 11 | FENDI Chelsea RUNWAY Wedge Ankle Boot Moka & Black Bootie [SZ 34 EU] | Clothes | $ | 16.99 |
| 11 | Fundamentals of Electric Circuits by Matthew N. O. Sadiku and Charles K. Alexand | Clothes | $ | 2.00 |
| 11 | Greg Norman Men's 100% Cotton Lux Shark T-Shirt with Chest Pocket | Clothes | $ | 6.99 |
| 11 | Greg Norman Men's 100% Cotton Lux Shark T-Shirt with Chest Pocket | Clothes | $ | 1.00 |
| 11 | Guess Mirage Geometric Stitch Bandage Skirt | Clothes | $ | 2.99 |
| 11 | Guess T Shirt Red Haze Multi | Clothes | $ | 1.00 |
| 11 | Harlowe & Graham \| Romantic Scarf Blouse | Clothes | $ | 1.00 |
| 11 | helsea 28 Blue Lace Mini Skirt Size [S] | Clothes | $ | 2.99 |
| 11 | Hybrid Green Label Shoes Size [7] | Clothes | $ | 2.99 |
| 11 | J. Crew Pique Ruffle Halter One Piece Black Swimsuit [Size 14] | Clothes | $ | 4.99 |
| 11 | Joe Fresh Cargo Green Shorts Size W 38 | Clothes | $ | 1.00 |
| 11 | John & Jenn Cold-Shoulder Sweater | Clothes | $ | 7.99 |
| 11 | Jolt Ponte Printed Mini Skirt | Clothes | $ | 2.99 |
| 11 | Kenneth Cole V-Neck Crisscross Back One Piece Swimsuit Size [M] | Clothes | $ | 4.99 |
| 11 | KENNETH COLE WOMEN'S KAM PATENT LEATHER SNEAKER | Clothes | $ | 4.99 |
| 11 | La Blanca Deco Stud Embellished High Neck Tummy Toner One-Piece Swimsuit Size 6 | Clothes | $ | 4.99 |
| 11 | La Blanca Island Goddess Bandeau One Piece Swimsuit [Size 4] | Clothes | $ | 4.99 |
| 11 | LA BLANCA LA BLANCA HI NECK MONOKINI Size [12] | Clothes | $ | 4.99 |
| 11 | Leith bright Red Crop Top | Clothes | $ | 1.00 |
| 11 | Leith High Waist Mini Skirt Size [M] | Clothes | $ | 2.99 |

3

Debtor: Deanna Lyn Davis
Schedule A/B Attachment Part 3:

| Line Num | Item | Category | MY VALUE | |
|---|---|---|---|---|
| 11 | Liberty Garden Vegan Faux Suede Applique Mini Skirt | Clothes | $ | 2.99 |
| 11 | LUCKY BRAND Men,s T-Shirt [XL-Beige Motorcycle] | Clothes | $ | 1.00 |
| 11 | LUCKY BRAND Men,s T-Shirt [XXL-Gray Guitar] | Clothes | $ | 1.00 |
| 11 | MAGGY LONDON PETITES BLACK DRESS | Clothes | $ | 8.99 |
| 11 | Mercer Edit Cassidey Studded Cap Toe Bootie Size 7.5] | Clothes | $ | 6.99 |
| 11 | MERCER EDIT Look B4U Bootie Size 7/37 | Clothes | $ | 9.99 |
| 11 | NEW Komarov Blue Iris Ombre Dress | Clothes | $ | 8.99 |
| 11 | Notation Ivory Blouse | Clothes | $ | 1.00 |
| 11 | O'Neill Striped Black Shorts | Clothes | $ | 3.99 |
| 11 | Open Ceremony Mini Skirt | Clothes | $ | 2.99 |
| 11 | Painted Threads Black Velvet Shirt | Clothes | $ | 4.99 |
| 11 | Physics for Scientists and Engineers : A Strategic Approach by Randall D. Knight | Clothes | $ | 2.00 |
| 11 | Puma Evostripe Tee | Clothes | $ | 2.99 |
| 11 | Puma Evostripe Tee | Clothes | $ | 2.99 |
| 11 | RAG & BONE RB1 Velvet Platform Sneakers Size [36.5] | Clothes | $ | 6.99 |
| 11 | RAG & BONE RB1 Velvet Platform Sneakers Size [36] | Clothes | $ | 6.99 |
| 11 | Rag & Bone Sheridan Ribbed-Knit Skirt in White - Size: Small | Clothes | $ | 15.99 |
| 11 | Red Carter Splice & Dice Halter One Piece Swimsuit Size [M] | Clothes | $ | 4.99 |
| 11 | Sam Edelman WOMEN'S LUTHER FAUX SHEARLING HIGH TOP SNEAKER Size [9] | Clothes | $ | 9.99 |
| 11 | Sanctuary Maroon Lace Mini Skirt Size [S] | Clothes | $ | 2.99 |
| 11 | socks | Clothes | $ | 2.00 |
| 11 | Stuart Weitzman Instep Velvet Block-Heel Booties Size 5 1/2 | Clothes | $ | 6.99 |
| 11 | THE VANITY ROOM BLACK SLINKY DRESS SIZE [XS] | Clothes | $ | 8.99 |
| 11 | Tods Raquoise Patent Leather And Suede Ankle Boots Size [38.5] | Clothes | $ | 6.99 |
| 11 | Tommy Bahama Baracoa Plaid Linen Short [Size W30] | Clothes | $ | 3.99 |
| 11 | Tommy Bahama Blue Shirt with Palm Trees | Clothes | $ | 6.99 |
| 11 | Tommy Bahama Pearl Twist-Front Bandeau One Piece Swimsuit | Clothes | $ | 4.99 |
| 11 | Tommy Bahama Shirt with Palm Trees | Clothes | $ | 6.99 |
| 11 | Tommy Bahama Shirt with Palm Trees | Clothes | $ | 6.99 |
| 11 | Top Shop Dresses Size 0 | Clothes | $ | 5.99 |

4

Debtor:  Deanna Lyn Davis
Schedule A/B Attachment Part 3:

| Line Num | Item | Category | MY VALUE | |
|---|---|---|---|---|
| 11 | TOP SHOT One Piece Black/White Swimsuit [Size 8] | Clothes | $ | 4.99 |
| 11 | TOPSHOP NEW White Ivory Embroidered Lace Women's Size 2 A-Line Skirt | Clothes | $ | 2.99 |
| 11 | TOPSHOP Rust Suede Triple Buckle Ankle Boots | Clothes | $ | 5.99 |
| 11 | TopShop Sheryl Slingback Green Shoe Size 38 | Clothes | $ | 4.99 |
| 11 | undergarments | Clothes | $ | 1.00 |
| 11 | YMI Swimwear Loose Mesh Plunging Neckline One Piece Swimsuit Size [M] | Clothes | $ | 4.99 |
| 11 | YMI Swimwear Plunging Front Knot One Piece Swimsuit Size [L] | Clothes | $ | 4.99 |
| | | TOTAL | $ | 196.70 |
| 12 | 1 watch | Jewlery | $ | 10.00 |
| 12 | 12 pair earrings | Jewlery | $ | 8.00 |
| | | TOTAL | $ | 18.00 |
| 14 | Prescription Glasses | Health Aide | $ | 50.00 |
| | | TOTAL | $ | 50.00 |

5

Debtor 1   **DEANNA LYN DAVIS**
           First Name          Middle Name          Last Name

Debtor 2   **N/A**
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Arizona

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1**   LAKEVIEW LOAN SRVCG LLC
Creditor's Name
**3637 SENTARA WAY**
Number          Street
**SUITE 303**
**VIRGINIA BEACH   VA   23452**
City          State   ZIP Code

Describe the property that secures the claim:
7599 W Nicolet Ave Glendale AZ
Single family home

Column A: $ 201,491.00   Column B: $ 211,000.00   Column C: $

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred   08/17/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

**2.2**   MULCAHY LAW FIRM PC
Creditor's Name
**3001 E CAMELBACK ROAD**
Number          Street
**SUITE 130**
**PHOENIX   AZ   85016**
City          State   ZIP Code

Describe the property that secures the claim:
see 2.1

Column A: $ 986.31   Column B: $ 211,000.00   Column C: $

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred   06/25/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) HOA

Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 202,477.31

Case 2:19-bk-09371-PS   Doc 10   Filed 07/29/19   Entered 07/30/19 11:20:04   Desc
Main Document          Page 20 of 48

Fill in this information to identify your case:

Debtor 1    Deanna Lyn Davis
         First Name           Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number
(If known) _____

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

N/A
Priority Creditor's Name

Number    Street

_____

City           State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

N/A
Priority Creditor's Name

Number    Street

_____

City           State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____


Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document     Page 21 of 48

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1

| Ability Recovery Services | | |
|---|---|---|
| Nonpriority Creditor's Name | | |

Last 4 digits of account number  2  0  0  0

When was the debt incurred?  07/01/2017

$  500.00

PO Box 4262

Number  Street

| Scranton | PA | 18505 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  utility

### 4.2

| Capital One Bank USA | | |
|---|---|---|
| Nonpriority Creditor's Name | | |

Last 4 digits of account number  4  9  4  1

When was the debt incurred?  07/01/2018

$  8,235.00

PO Box 30285

Number  Street

| Salt Lake City | UT | 84130 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CC

### 4.3

| Capital One Bank USA | | |
|---|---|---|
| Nonpriority Creditor's Name | | |

Last 4 digits of account number  6  2  5  0

When was the debt incurred?  07/01/2018

$  8,263.00

PO Box 30285

Number  Street

| Salt Lake City | UT | 84130 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CC

Case 2:19-bk-09371-PS  Doc 10  Filed 07/29/19  Entered 07/30/19 11:20:04  Desc
Main Document  Page 22 of 48

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

### 4.4

**Discover Financial Service LLC**
Nonpriority Creditor's Name
**PO Box 15316**
Number      Street
**Wilmington**          **DE**     **19850**
City                  State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1  6  5  0**

When was the debt incurred?  **07/01/2018**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __CC__

$ **9,795.00**

### 4.5

**DSNB/Macy's**
Nonpriority Creditor's Name
**PO Box 8218**
Number      Street
**MASON**          **OH**     **45034**
City                  State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **6  6  9  8**

When was the debt incurred?  **07/01/2005**

As of the date you file, the claim is: Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __CC__

1125
~~0.00~~
DD

### 4.6

**KOHLS DEPARTMENT STORE**
Nonpriority Creditor's Name
**PO BOX 3115**
Number      Street
**MILWAUKEE**          **WI**     **53201**
City                  State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **5  3  7  6**

When was the debt incurred?  **11/20/2008**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __CC__

$ **623.00**


Case 2:19-bk-09371-PS   Doc 10   Filed 07/29/19   Entered 07/30/19 11:20:04   Desc
Main Document      Page 23 of 48

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.7**

**NORDSTROM**
_____
Nonpriority Creditor's Name

**13531 E CALEY AVENUE**
_____
Number    Street

**ENGLEWOOD**           **CO**      **80111**
_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5   8   3   4

When was the debt incurred?   08/01/2007

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CC**

$   579.00

---

**4.8**

**NORDSTROM**
_____
Nonpriority Creditor's Name

**PO BOX 79137**
_____
Number    Street

**PHOENIX**              **AZ**      **85062**
_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6   6   9   8

When was the debt incurred?   07/01/2018

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CC**

$  1,318.00

---

**4.9**

**PAID IN FULL**
_____
Nonpriority Creditor's Name

**PO BOX 43228**
_____
Number    Street

**PHOENIX**              **AZ**      **85080**
_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5   8   3   4

When was the debt incurred?   08/01/2014

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CC**

$  1,905.00

---

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document    Page 24 of 48

Debtor 1 __DEANNA LYN DAVIS__ Case number *(if known)*_____
First Name   Middle Name   Last Name

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

| 5.0 | **SYNCB/CARE CREDIT** |
|---|---|

Nonpriority Creditor's Name

**PO BOX 965036**
Number   Street
**ORLANDO**       FL       32896
City         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  6  1  7   $ 3,452.00

When was the debt incurred?  07/01/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify__CC_____

| 5.1 | **WELLS FARGO BANK NA** |
|---|---|

Nonpriority Creditor's Name

**PO BOX 14517**
Number   Street
**DES MOINES**       IA       50306
City         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  8  8  7  5   $ 9,159.00

When was the debt incurred?  07/18/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify__CC_____

| 5.2 | **CES/EFT FIN CO LLC NEL NET** |
|---|---|

Nonpriority Creditor's Name

**121 SOUTH 13TH STREET**
Number   Street
**LINCOLN**       NE       68508
City         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5  8  3  4   $47,254.00

When was the debt incurred?  12/20/2002

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Case 2:19-bk-09371-PS   Doc 10   Filed 07/29/19   Entered 07/30/19 11:20:04   Desc
Main Document    Page 25 of 48

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**MIDLAND CREDIT MANAGEMENT, INC.**
Name

PO BOX 301030
Number    Street

LOS ANGELES     CA     90030
City      State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.2 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   8   7   8   3

---

**MIDLAND CREDIT MANAGEMENT, INC.**
Name

PO BOX 301030
Number    Street

LOS ANGELES     CA     90030
City      State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.3 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   7   1   3   9

---

**GUGLIEMO & ASSOCIATES, PLLC**
Name

3040 N CAMPBELL AVENUE
Number    Street
SUITE 200

TUCSON     AZ     85719
City      State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.4 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   4   1   5   7

---

**NATIONAL ENTERPRISE SYSTEMS**
Name

2479 EDISON BLVD
Number    Street
UNIT A

TWINSBURG     OH     44087
City      State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 5.0 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   0   0   0   3

---

Name

Number    Street

City      State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City      State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City      State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---


Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document     Page 26 of 48

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ | 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 47,354.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ | 44,954.00 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 92,208.00 |

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document    Page 27 of 48

| | | | |
|---|---|---|---|
| Debtor | DEANNA LYN DAVIS | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona ▼

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** AT&T <br> Name <br> PO BOX 6416 <br> Number   Street <br> CAROL STREAM   IL   60197 <br> City   State   ZIP Code | CELL PHONE |
| **2.2** ORANGEWOOD ESTATES HOMEOWNERS ASS <br> Name <br> PO BOX 5445 <br> Number   Street <br> GOODYEAR   AZ   85338 <br> City   State   ZIP Code | HOA |
| **2.3** <br> Name <br> Number   Street <br> City   State   ZIP Code | |
| **2.4** <br> Name <br> Number   Street <br> City   State   ZIP Code | |
| **2.5** <br> Name <br> Number   Street <br> City   State   ZIP Code | |

Case 2:19-bk-09371-PS   Doc 10   Filed 07/29/19   Entered 07/30/19 11:20:04   Desc
Main Document     Page 28 of 48

Fill in this information to identify your case:

| Debtor 1 | DEANNA LYN DAVIS | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona ▾

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Engineer | N/A |
| **Employer's name** | | INTEL | |
| **Employer's address** | | 4600 S DOBSON ROAD | |
| | | Number   Street | Number   Street |
| | | CHANDLER      AZ    85248 | |
| | | City         State   ZIP Code | City           State   ZIP Code |
| **How long employed there?** | | 2 mo | 2 mo |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **2.** List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. **2.** | $ 3,875.96 | $_____ |
| **3.** Estimate and list monthly overtime pay. **3.** | +$ 0.00 | +$_____ |
| **4.** Calculate gross income. Add line 2 + line 3. **4.** | $ 3,875.96 | $_____ |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here .......................................................................... ➔ | 4. | | $ 3,875.96 | $ _____ |

**5. List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ | 587.41 | $ _____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ | 200.00 | $ _____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ | 0.00 | $ _____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ | 0.00 | $ _____ |
| 5e. **Insurance** | 5e. | $ | 26.90 | $ _____ |
| 5f. **Domestic support obligations** | 5f. | $ | 0.00 | $ _____ |
| 5g. **Union dues** | 5g. | $ | 0.00 | $ _____ |
| 5h. **Other deductions. Specify:** _____ | 5h. | + $ | | + $ _____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ | 814.13 | $ _____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | 3,061.65 | $ _____ |

**8. List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 0.00 | $ _____ |
| 8b. **Interest and dividends** | 8b. | $ | 0.00 | $ _____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ _____ |
| 8d. **Unemployment compensation** | 8d. | $ | 0.00 | $ _____ |
| 8e. **Social Security** | 8e. | $ | 0.00 | $ _____ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ | 0.00 | $ _____ |
| 8g. **Pension or retirement income** | 8g. | $ | 0.00 | $ _____ |
| 8h. **Other monthly income. Specify:** _____ | 8h. | + $ | 0.00 | + $ _____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ | 0.00 | $ _____ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ | 3,061.65 ✚ | $ _____ = $ 3,061.65 |

**11. State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____       11. ✚ $ _____ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies       12.   $ 3,061.65
                                                                      **Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: After being a professor for 15 years I have changed professions, it could go either way.

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document     Page 30 of 48

21. **Other.** Specify: _____   21.   **+**$_____ 0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                          22a.   $_____ 3,569.39

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.   $_____ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.        22c.   $_____ 3,569.39

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*   23a.   $_____ 3,061.65

    23b.  Copy your monthly expenses from line 22c above.                    23b.  **–**$_____ 3,569.39

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*                          23c.   $_____ -507.74

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ☑ Yes.   Explain here:

             After 15 years of teaching I've changed professions and it could go either way for me.

| | | |
|---|---|---|
| Debtor 1 | Deanna Lyn Davis | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | |
| (Spouse, if filing) First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona ▼

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

    > ☐ No
    > ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ☐ No
    ☑ Yes. Fill out this information for each dependent............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Partner | 52 | ☐ No ☑ Yes |
| Daughter | 24 | ☐ No ☑ Yes |
| Son | 19 | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No
    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,450.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 300.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 51.59 |

| | | **Your expenses** |
|---|---|---:|

| | | |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans    5. | $_____0.00 |
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas    6a. | $_____308.80 |
| | 6b.   Water, sewer, garbage collection    6b. | $_____100.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services    6c. | $_____350.00 |
| | 6d.   Other. Specify: _____    6d. | $_____0.00 |
| 7. | **Food and housekeeping supplies**    7. | $_____400.00 |
| 8. | **Childcare and children's education costs**    8. | $_____0.00 |
| 9. | **Clothing, laundry, and dry cleaning**    9. | $_____50.00 |
| 10. | **Personal care products and services**    10. | $_____25.00 |
| 11. | **Medical and dental expenses**    11. | $_____100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. | $_____300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. | $_____0.00 |
| 14. | **Charitable contributions and religious donations**    14. | $_____0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance    15a. | $_____0.00 |
| | 15b.   Health insurance    15b. | $_____0.00 |
| | 15c.   Vehicle insurance    15c. | $_____242.00 |
| | 15d.   Other insurance. Specify:_____    15d. | $_____0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____    16. | $_____0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1    17a. | $_____0.00 |
| | 17b.   Car payments for Vehicle 2    17b. | $_____0.00 |
| | 17c.   Other. Specify:_____    17c. | $_____0.00 |
| | 17d.   Other. Specify:_____    17d. | $_____0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).**    18. | $_____0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: Partner Child Support Order    19. | $_____167.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a.   Mortgages on other property    20a. | $_____0.00 |
| | 20b.   Real estate taxes    20b. | $_____0.00 |
| | 20c.   Property, homeowner's, or renter's insurance    20c. | $_____0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses    20d. | $_____0.00 |
| | 20e.   Homeowner's association or condominium dues    20e. | $_____0.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Deanna Lyn Davis | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona  ▼

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _Deanna Davis_
Signature of Debtor 1

✗ N/A
Signature of Debtor 2

Date 7/22/2019
MM / DD / YYYY

Date _____
MM / DD / YYYY

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | DEANNA LYN DAVIS | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona ▼

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 2527 W ACOMA DRIVE | From 08/01/2008 | N/A | From _____ |
| Number    Street | To 08/17/2017 | Number   Street | To _____ |
| | | | |
| PHOENIX         AZ    85023 | | | |
| City            State  ZIP Code | | City            State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| N/A | From _____ | | From _____ |
| Number    Street | To _____ | Number   Street | To _____ |
| | | | |
| City            State  ZIP Code | | City            State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income


Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 1

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document          Page 35 of 48

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $    26,527.59 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2018 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $    18,639.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $    28,672.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☑ No
   ☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>N/A<br>_____ | $    0.00<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2018 )<br>YYYY | eBAY<br>_____<br>_____ | $    262.20<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 )<br>YYYY | eBay<br>_____<br>_____ | $    262.20<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

---

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| N/A<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car |
| Number   Street | _____ | | | ☐ Credit card<br>☐ Loan repayment |
| | _____ | | | ☐ Suppliers or vendors |
| City        State        ZIP Code | | | | ☐ Other _____ |
| N/A<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car |
| Number   Street | _____ | | | ☐ Credit card<br>☐ Loan repayment |
| | _____ | | | ☐ Suppliers or vendors |
| City        State        ZIP Code | | | | ☐ Other _____ |
| N/A<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car |
| Number   Street | _____ | | | ☐ Credit card<br>☐ Loan repayment |
| | _____ | | | ☐ Suppliers or vendors |
| City        State        ZIP Code | | | | ☐ Other _____ |

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document        Page 37 of 48

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **N/A** <br> Insider's Name | _____ | $_____ | $_____ | |
| _____ <br> Number    Street | _____ | | | |
| _____ <br> _____ <br> City        State    ZIP Code | _____ | | | |
| **N/A** <br> Insider's Name | _____ | $_____ | $_____ | |
| _____ <br> Number    Street | _____ | | | |
| _____ <br> _____ <br> City        State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
|---|---|---|---|---|
| **N/A** <br> Insider's Name | _____ | $_____ | $_____ | |
| _____ <br> Number    Street | _____ | | | |
| _____ <br> _____ <br> City        State    ZIP Code | _____ | | | |
| **N/A** <br> Insider's Name | _____ | $_____ | $_____ | |
| _____ <br> Number    Street | _____ | | | |
| _____ <br> _____ <br> City        State    ZIP Code | | | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **4**

| | | |
|---|---|---|
| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** | |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title N/A _____ | | Court Name _____ | ☐ Pending |
| | | | ☐ On appeal |
| _____ | | Number   Street _____ | ☐ Concluded |
| Case number   N/A _____ | | City    State    ZIP Code | |
| Case title_____ | | Court Name _____ | ☐ Pending |
| | | | ☐ On appeal |
| _____ | | Number   Street _____ | ☐ Concluded |
| Case number _____ | | City    State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| N/A<br>Creditor's Name | | _____ | $_____ |
| N/A<br>Number   Street | **Explain what happened** | | |
| _____ | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City    State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| N/A<br>Creditor's Name | | _____ | $_____ |
| Number   Street | **Explain what happened** | | |
| _____ | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City    State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document     Page 39 of 48

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❑ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| N/A | | | |
| Creditor's Name | | | |
| N/A | | | $ |
| Number   Street | | _____ | |
| | | | |
| _____ | | | |
| City      State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❑ Yes

---

**Part 5:**    **List Certain Gifts and Contributions**

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| N/A | | _____ | $_____ |
| Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | | |
| Number   Street | | | |
| _____ | | | |
| City    State   ZIP Code | | | |
| Person's relationship to you  _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| N/A | | _____ | $_____ |
| Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | | |
| Number   Street | | | |
| _____ | | | |
| City    State   ZIP Code | | | |
| Person's relationship to you  _____ | | | |

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document     Page 40 of 48

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No

❑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City    State    ZIP Code | | | |

---

### Part 6:    List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No

❑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| N/A | | _____ | $_____ |

---

### Part 7:    List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No

❑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| N/A<br>Person Who Was Paid | | | |
| _____<br>Number    Street | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>City    State    ZIP Code | | | |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document    Page 41 of 48

Debtor 1  **DEANNA LYN DAVIS**

First Name    Middle Name    Last Name    Case number (if known)_____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **N/A**<br>Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | _____ | $_____ |
| City        State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **N/A**<br>Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | _____ | $_____ |
| City        State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **N/A**<br>Person Who Received Transfer | | | |
| Number    Street | | | _____ |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| **N/A**<br>Person Who Received Transfer | | | |
| Number    Street | | | _____ |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document    Page 42 of 48

Debtor 1 **DEANNA LYN DAVIS**  Case number (if known)_____
<span>First Name   Middle Name   Last Name</span>

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust **N/A** | | |

---

| Part 8: | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **N/A**<br>Name of Financial Institution<br><br>Number   Street<br><br><br>City       State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| **N/A**<br>Name of Financial Institution<br><br>Number   Street<br><br><br>City       State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **N/A**<br>Name of Financial Institution<br><br>Number   Street<br><br><br>City       State    ZIP Code | <br>Name<br><br>Number   Street<br><br>City    State    ZIP Code | | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| N/A<br>Name of Storage Facility | Name | | ☐ No<br>☐ Yes |
| Number   Street | Number   Street | | |
| City          State     ZIP Code | City State  ZIP Code | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number   Street | Number   Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| N/A<br>Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
                    Main Document    Page 44 of 48

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| N/A | | | |
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| **City        State      ZIP Code** | **City            State    ZIP Code** | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title N/A | | | ☐ Pending |
| | **Court Name** | | ☐ On appeal |
| | **Number    Street** | | ☐ Concluded |
| **Case number** | **City            State    ZIP Code** | | |

---

### Part 11:    Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| N/A | | Do not include Social Security number or ITIN. |
| **Business Name** | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **Number    Street** | Name of accountant or bookkeeper | Dates business existed |
| **City        State      ZIP Code** | | From _____ To _____ |
| | Describe the nature of the business | Employer Identification number |
| **Business Name** | | Do not include Social Security number or ITIN. |
| **Number    Street** | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name of accountant or bookkeeper | Dates business existed |
| **City        State      ZIP Code** | | From _____ To _____ |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **Business Name** | | |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number   Street** | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| **City          State      ZIP Code** | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| N/A | |
| **Name** | **MM / DD / YYYY** |
| **Number   Street** | |
| **City          State      ZIP Code** | |

**Part 12:**    **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ _____
**Signature of Debtor 1**

✖ N/A _____
**Signature of Debtor 2**

Date _____

Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

Debtor 1 **DEANNA LYN DAVIS**
First Name       Middle Name       Last Name

Debtor 2 **N/A**
(Spouse, if filing) First Name       Middle Name       Last Name

United States Bankruptcy Court for the: **District of Arizona** ▼

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **LAKEVIEW LOAN SRVCG LLC**<br><br>Description of property securing debt: **DEBTORS RESIDENCE**<br>**7599 W NICOLET AVE**<br>**GLENDALE, AZ 85303**<br>**SINGLE FAMILY HOME** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: _____<br>**PROP HAS ALWAYS BEEN CURREN** | ☐ No<br>☑ Yes |
| Creditor's name: **MULCAHY LAW FIRM**<br><br>Description of property securing debt: **HOA LIEN ON DEBTORS RESIDENCE**<br>**7599 W NICOLET AVE**<br>**GLENDALE, AZ 85303**<br>**SINGLE FAMILY HOME** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: _____<br>**DEV A PAYMENT PLAN** | ☐ No<br>☑ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Case 2:19-bk-09371-PS    Doc 10    Filed 07/29/19    Entered 07/30/19 11:20:04    Desc
Main Document      Page 47 of 48

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: AT&T<br>Description of leased cell phone property: | ☐ No<br>☑ Yes |
| Lessor's name: ORANGEWOOD ESTATES HOMEOWNERS ASS<br>Description of leased QUARTERLY HOA BILL property: | ☐ No<br>☑ Yes |
| Lessor's name: N/A<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: N/A<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: N/A<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: N/A<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: N/A<br>Description of leased property: | ☐ No<br>☐ Yes |

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ _____        ✗ _____
Signature of Debtor 1                        Signature of Debtor 2

Date  7/22/2019                           Date _____
     MM / DD / YYYY                            MM / DD / YYYY

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2